AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| United States of America<br>v.<br>VENIETO MONTELONGO,<br>*Defendant* | Case No. 1:22-mj-00085-NYW-1 |

## CRIMINAL COMPLAINT

I, the undersigned complainant in this case, state that the following is true to the best of my knowledge and belief. Between and including the dates of on or about April 3, 2022 and on or about April 27, 2022, in the State and District of Colorado, the defendant, VENIETO MONTELONGO, violated:

*Code Section*  
18 U.S.C. § 922(g)(1)

*Offense Description*  
Felon in possession of a firearm

This criminal complaint is based on these facts:

See Affidavit attached hereto and herein incorporated by reference.

☒ Continued on attached sheet.

*s/ Amanda Schweiner*
*Complainant's signature*

Amanda Schweiner, Special Agent, ATF
*Printed name and title*

Sworn to before me and: ☒ submitted, attested to, and acknowledged by reliable electronic means.

Date: **12 May 2022**

Nina Y. Wang    *Judge's signature*
United States Magistrate Judge
*Printed name and title*

City and state:   Denver, CO