# AFFIDAVIT

I, Special Agent Amanda Schweiner, being duly sworn, hereby depose and state that the following is true to the best of my information, knowledge, and belief:

## INTRODUCTION AND AGENT BACKROUND

1. Your affiant has been a Special Agent of the Bureau of Alcohol, Tobacco, Firearms & Explosives since September 2013, and in such capacity, your affiant is authorized to investigate and make arrests for crimes against the United States, to include violations of federal firearms laws, specifically laws as defined in Title 18, Section 922 of United States Code.

2. The information contained within the affidavit is based on my training and experience, as well as information imparted to your affiant by other law enforcement officers involved in this investigation.

## INVESTIGATION

3. On April 3, 2022, Greeley Police Department (GPD) responded to a call of suspicious persons at a residence, located in Weld County, State of Colorado. Upon arriving at the scene, two males fled as the officers attempted to make contact with them. One of these males was identified as Venieto MONTELONGO. GPD encountered MONTELONGO as he was fleeing, at which point, GPD officers observed MONTELONGO drop the backpack he was carrying. The officers learned that MONTELONGO was a tracked gang member, and he was detained. During a search of MONTELONGO, a loaded firearm magazine was found in MONTELONGO's pocket. The backpack MONTELONGO was carrying was searched and was found to contain a Taurus, model G2C pistol, 9mm, serial number: ACC702222.

4. On April 27, 2022, MONTELONGO was arrested for violating an active protection order. MONTELONGO was in possession of a backpack at the time of his arrest, and upon a search of the backpack, GPD officers located a Smith and Wesson, model M&P pistol, 9mm, serial number: HTJ9148. This firearm was found to be stolen out of a vehicle in Greeley, Colorado in December 2021. Additionally, GPD officers observed the serial number had been altered in an attempted to obliterate the serial number.

5. On May 5, 2022, your affiant conducted a function test on both firearms found in MONTELONGO's possession. Each firearm was found to have functioned as designed.

6. On May 6, 2022, your affiant learned that both firearms found in MONTELONGO's possession in the cases described above, had traveled in, and effected foreign or interstate commerce.

7. A review of MONTELONGO's criminal history shows that he has eight previous felony convictions, to include: On March 2, 2011, MONTELONGO was convicted by the United States District Court of Colorado for 18 U.S.C. 922(g)(1) and three counts of 21 U.S.C. 841(a)(1), Case Number: 10-cr-00224-LTB-01 and was sentenced to 46 months at the United States Bureau of Prisons.

8. Based upon the information above and your affiants training and experience, your affiant believes that probable cause exists that Venieto MONTELONGO committed a violation of Title 18, United States Code, Section 922(g)(1).

*s/ Amanda Schweiner*
Amanda Schweiner
Special Agent, ATF

Sworn to before me by electronic means this  12th  day of May, 2022.

_____
HON. NINA Y. WANG
United States Magistrate Judge

**Affidavit reviewed and submitted by Al Buchman, Assistant United States Attorney.**