| | |
|---|---|
| DEFENDANT: | Venieto MONTELONGO |
| YOB: | 1987 |
| OFFENSE(S): | Count 1:  Felon in possession of a firearm, 18 U.S.C. § 922(g)(1) |
| LOCATION OF OFFENSE: | Weld County, Colorado |
| PENALTY: | Count 1:   NMT 10 years imprisonment, NMT $250,000 fine, or both; NMT than 3 years SR, $100 SA |
| AGENT: | Amanda Schweiner<br>Special Agent, ATF |
| AUTHORIZED BY: | Albert Buchman<br>Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

 X  five days or less; ___ over five days

THE GOVERNMENT

 X  will seek detention in this case based on 18 U.S.C. § 3142(f)(1)

The statutory presumption of detention is not applicable to this defendant.