AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| United States of America ) | |
| ) | |
| v. ) | Case No. 1:22-mj-00085-NYW-1 |
| ) | |
| Venieto MONTELONGO, ) | |
| *Defendant* ) | |

**ARREST WARRANT**

TO: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay Venieto MONTELONGO, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1).

Date: **12 May 2022**

*Issuing officer's signature*

Nina Y. Wang
United States Magistrate Judge
*Printed name and title*

City and state: Denver, Colorado

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*