AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2022 MAY 16  PM 1:13
JEFFREY P. COLWELL
CLERK
BY_____ DEP. CLK

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 1:22-mj-00085-NYW-1 |
| Venieto MONTELONGO, ) *Defendant* ) | |

## ARREST WARRANT

TO:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay Venieto MONTELONGO, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1).

Date: **12 May 2022**

_____
Nina Y. Wang     *Issuing officer's signature*
United States Magistrate Judge
*Printed name and title*

City and state:   Denver, Colorado

---

**Return**

This warrant was received on *(date)* 5/12/22, and the person was arrested on *(date)* 5/13/22
at *(city and state)* GREELEY, CO

Date: 5/16/22

_____
*Arresting officer's signature*
Luke Hitt   SA S103
*Printed name and title*